# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2570

Rhonda Burnett, et al.

v.

National Association of Realtors and Home Services of America

Appellees

Keller Williams Realty, Inc.

Realogy Holdings Corp., et al.

Appellees

RE/MAX LLC

v.

Hao Zhe Wang

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00332-SRB)

_____

**MANDATE**

In accordance with the judgment of October 27, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 20, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit